UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS MICHAEL COX,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No.  C13-2075RSL<br><br>ORDER GRANTING MOTION<br>TO SUPPLEMENT |

This matter comes before the Court on Petitioner's "Motion for Leave to File Supplemental Pleading (Fed. R. Civ. P. 15(d))." Dkt. # 7. Petitioner seeks leave of court to supplement his petition to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Id. Having considered Petitioner's motion and the remainder of the record, the Court finds as follows:

Rule 15 of the Federal Rules of Civil Procedure ("Rule 15"), which governs amendments to pleadings in civil cases, applies to habeas proceedings. Mayle v. Felix, 545 U.S. 644, 654-55 (2005); see also Fed. R. Civ. P. 81(a)(4)(A). Pursuant to Rule 15, a party may amend his pleading once as a matter of course (without leave of court) within 21 days of serving it. Fed. R. Civ. P. 15(a). Because Petitioner filed his request to supplement within the time provided by Rule 15 and the government has not yet responded, the Court GRANTS Petitioner's motion (Dkt. # 7).

ORDER GRANTING MOTION
TO SUPPLEMENT - 1

1     DATED this 10th day of December, 2013.

2

3

4                                    *signature: Robert S. Lasnik*
                                     Robert S. Lasnik
5                                    United States District Judge

6

7

...

26 ORDER GRANTING MOTION
   TO SUPPLEMENT - 2